**Order filed February 7, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00312-CV

_____

## JOY MARAIO-WILHOIT, Appellant

## V.

## RONALD EDWIN WILHOIT, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM 61934**

### O R D E R

On January 10, 2019, this court issued an opinion and judgment dismissing the appeal in this cause after Joy Maraio-Wilhoit, Appellant, failed to remit the filing fee and the docketing statement as directed by this court. Appellant subsequently paid the filing fee and filed a motion for rehearing. Ronald Edwin Wilhoit has filed a response in opposition to the motion for rehearing. After considering both the motion and the response, it is the opinion of this court that the motion for rehearing should be granted.

Accordingly, we grant Appellant's motion for rehearing, and we hereby withdraw this court's opinion and judgment dated January 10, 2019.

PER CURIAM

February 7, 2019

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.